MINUTE ENTRY
NORTH, M.J.
NOVEMBER 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WASHINGTON | CIVIL ACTION |
| VERSUS | NUMBER: 17-08825 |
| SHELL OIL COMPANY, ET AL. | SECTION: "H"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

    PRESENT:    Jerome Pellerin    Lori Carr
    Darleene Peters

Negotiations were successful and resulted in the settlement of Plaintiff's claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Karen Ibos).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (01:55)